### AUGUSTUS J. SIMMONS *v.* HORACE WETHERELL

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Otto P. Witt,* in support of the petition.

*Arnold K. Shimelman,* assistant attorney general, in opposition.

Decided May 21, 1992

### SIMON OSTOLAZA *v.* WARDEN

The petitioner Simon Ostolaza's petition for certification for appeal from the Appellate Court, 26 Conn. App. 758, is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided May 21, 1992

### JUDITH A. CATO *v.* HERBERT J. CATO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 142, is granted, limited to the following question:

"Was the divided Appellate Court correct in holding in a claim for dissolution that General Statutes § 52-57a allows for in-hand service of process by a Texas sheriff on a nonresident defendant in Texas without an order of notice having been obtained as provided for in the domestic relations long-arm statute, General Statutes § 46b-46?"

*William H. Meanix, Jr.,* in support of the petition.

*John K. Currie,* in opposition.

Decided May 21, 1992